UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esquire
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Jeremy Doppelt Realty Management LLC
Defined Benefit Plan

In Re:
    Paul J. Cisek.



Order Filed on February 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-19744 MBK

Chapter: 13

Hearing Date: January 8, 2019

Judge: Michael B. Kaplan

# ORDER RESOLVING MOTION FOR RELIEF AND VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 21, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>Jeremy Doppelt Realty Management LLC Defined Benefit Plan</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and the parties having resolved the issues in a forbearance agreement outside of the pending bankruptcy proceeding that has been executed by both the Debtor and Secured Creditor, and for cause shown, it is hereby

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■  Real Property More Fully Described as:

**Land and premises commonly known as 616 Cedarcrest Drive, Brielle NJ 08730**

☐  Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.