UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esquire
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Jeremy Doppelt Realty Management LLC
Defined Benefit Plan

In Re:
    Paul J. Cisek.



Order Filed on February 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:     18-19744 MBK

Chapter:     13

Hearing Date:    January 8, 2019

Judge:    Michael B. Kaplan

# ORDER RESOLVING MOTION FOR RELIEF AND VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 21, 2019**

*Michael B. Kaplan* (signature)
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>Jeremy Doppelt Realty Management LLC Defined Benefit Plan</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and the parties having resolved the issues in a forbearance agreement outside of the pending bankruptcy proceeding that has been executed by both the Debtor and Secured Creditor, and for cause shown, it is hereby

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 616 Cedarcrest Drive, Brielle NJ 08730**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Paul J. Cisek  
    Debtor

Case No. 18-19744-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 21, 2019  
                        Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2019.
```
db          +Paul J. Cisek,   616 Cedarcrest Drive,    Brielle, NJ 08730-2041
aty         +Devon McKEe,    Collins,Vella & Casello, LLC,    2317 Highway 34,    Suite 1a,
              Manasquan, NJ 08736-1443
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2019 at the address(es) listed below:
```
              Albert   Russo     docs@russotrustee.com
              Andrew L. Spivack     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A CHRISTIANA
               TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF MATAWIN
               VENTURES TRUST SERIES 2017-3 ET.AL. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    Jeremy Doppelt Realty Management LLC Defined Benefit
               Plan bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joseph  Casello     on behalf of Debtor Paul J. Cisek jcasello@cvclaw.net,   jcasello627@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A
               CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF
               MATAWIN VENTURES TRUST SERIES 2017-3 ET.AL. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               CHRISTIANA TRUST ET.AL. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```