Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–19744–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Paul J. Cisek
 616 Cedarcrest Drive
 Brielle, NJ 08730

Social Security No.:
 xxx–xx–1606

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

 Please be advised that on June 19, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 47 – 45
Order Granting Application to Employ Denise Ridoux as Realtor (Related Doc # 45). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/19/2019. (kmf)

 Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 19, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-19744-MBK
Paul J. Cisek                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 19, 2019
                   Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
r           +Denise Ridoux,   Weichert Realtors,   2165 Highway 35,   Sea Girt, NJ 08750-1074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF MATAWIN VENTURES TRUST SERIES 2017-3 ET.AL. nj.bkecf@fedphe.com
          Brian C. Nicholas    on behalf of Creditor    Jeremy Doppelt Realty Management LLC Defined Benefit Plan bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Joseph Casello    on behalf of Debtor Paul J. Cisek jcasello@cvclaw.net,    jcasello627@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF MATAWIN VENTURES TRUST SERIES 2017-3 ET.AL. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST ET.AL. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                             TOTAL: 7