UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Paul Cisek

Case No.: 18-19744
Chapter: 13
Judge: Kaplan

### NOTICE OF PROPOSED PRIVATE SALE

_____Paul Cisek_____, _____Chapter 13 Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street, Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael Kaplan_____ on _____October 9, 2019_____ at _____9:00_____ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, _____402 East State Street Trenton New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 616 Cedarcrest Drive, Brielle New Jersey

Proposed Purchaser: Peter & Tara Christou

Sale price: $970,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Denise Ridoux/Weichert & Stacey Farinacci/Resources Real Estate
Amount to be paid: $38,800
Services rendered: Real Estate Brokerage Services

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph M. Casello, Esq.

Address: 2317 Route 34, Suite 1A, Manasquan, NJ 08736

Telephone No.: 732-751-1766

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 18-19744-MBK
Paul J. Cisek                                                     Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 2             Date Rcvd: Sep 19, 2019
                             Form ID: pdf905          Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db             +Paul J. Cisek,    616 Cedarcrest Drive,    Brielle, NJ 08730-2041
aty            +Devon McKEe,    Collins,Vella & Casello, LLC,    2317 Highway 34,    Suite 1a,
                 Manasquan, NJ 08736-1443
r              +Denise Ridoux,    Weichert Realtors,    2165 Highway 35,    Sea Girt, NJ 08750-1074
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A CHRISTI,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517568559       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517528476       Chase,   Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
517610304      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517528478      +Kondaur,    333 South Anita Drive,    Suite 400,    Orange, CA 92868-3314
517528479      +Neal M. Ruben, Esq.,    179 Avenue at the Common,    Suite 201,    Shrewsbury, NJ 07702-4558
517648575       WILMINGTON SAVINGS FUND SOCIETY, FSB, ET.AL.,    KONDAUR CAPITAL CORP.,
                 333 SOUTH ANITA DRIVE, SUITE 400,    ORANGE CA 92868-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 23:49:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 23:49:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517528475       E-mail/Text: cms-bk@cms-collect.com Sep 19 2019 23:49:07      Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517984660       E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2019 23:49:14
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517528477      +E-mail/Text: mrdiscen@discover.com Sep 19 2019 23:48:45      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517905809      +E-mail/Text: bknotices@snsc.com Sep 19 2019 23:49:57
                 Jeremy Doppelt Realty Management LLC, et al,    c/o SN Servicing Corporation,
                 323 Fifth Street,    Eureka, CA 95501,    Jeremy Doppelt Realty Management LLC, et,
                 c/o SN Servicing Corporation 95501-0305
517905808      +E-mail/Text: bknotices@snsc.com Sep 19 2019 23:49:56
                 Jeremy Doppelt Realty Management LLC, et al,    c/o SN Servicing Corporation,
                 323 Fifth Street,    Eureka, CA 95501-0305
517630757       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 23:57:16
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517644008      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 23:57:03       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Sep 19, 2019
                                  Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com
        Andrew L. Spivack    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF MATAWIN VENTURES TRUST SERIES 2017-3 ET.AL. nj.bkecf@fedphe.com
        Brian C. Nicholas    on behalf of Creditor    Jeremy Doppelt Realty Management LLC Defined Benefit Plan bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joseph Casello    on behalf of Debtor Paul J. Cisek jcasello@cvclaw.net, jcasello627@gmail.com
        Nicholas V. Rogers    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF MATAWIN VENTURES TRUST SERIES 2017-3 ET.AL. nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST ET.AL. nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7