Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–19744–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Paul J. Cisek
 PO Box 599
 Brielle, NJ 08730

Social Security No.:
 xxx–xx–1606

Employer's Tax I.D. No.:

---

**FINAL DECREE**

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 25, 2020</u>       <u>Michael B. Kaplan</u>
                 Judge, United States Bankruptcy Court